**Justin BERRY as Next Friend of J.S. and O.R.B., Appellant,**

v.

**Rebecca M. BOHANNON, Respondent.**

**WD 77857**

Missouri Court of Appeals, Western District.

ORDER FILED: AUGUST 25, 2015

John Richard Shank, Kansas City, MO, Counsel for Appellant.

William Joseph Greim, Excelsior Springs, MO, Counsel for Respondent.

Before Division Three: Karen King Mitchell, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Justin Berry appeals the circuit court's Judgment of Paternity, Child Custody and Child Support entered on June 26, 2014. We affirm. Rule 84.16(b).